tion under 21 U.S.C. § 846. *See Bifulco v. United States,* —— U.S. ——, 100 S.Ct. 2247, 65 L.Ed.2d —— (1980). We conclude that this issue was not properly raised before the court on direct appeal and therefore, cannot be considered in the instant petition for rehearing. Our ruling instantly in no way prejudices petitioner's ability to move the district court pursuant to Fed. R.Crim.P. 35 to correct an illegal sentence, or to file a motion under 28 U.S.C. § 2255 for relief.

Accordingly, having considered defendant-appellant's petition and having found no reason to rehear the case,

It is ORDERED that the petition be, and it hereby is denied.

Before EDWARDS, Chief Judge, BROWN, Circuit Judge, and PECK, Senior Circuit Judge.

### ORDER

This cause came on to be heard upon the record on appeal and the briefs of counsel, and upon due consideration thereof and of the factual situation as set out in the record and the report of the case, 236 NLRB No. 150, it appears to the Court that the findings and order of the Board are supported by substantial evidence on the record as a whole.

Now, therefore, it is ORDERED that the order of the Board be, and it is, hereby enforced.

### NATIONAL LABOR RELATIONS BOARD, Plaintiff-Petitioner,

v.

### JOBBER'S SUPPLY, INC., Defendant-Respondent.

No. 78–1357.

United States Court of Appeals, Sixth Circuit.

Aug. 1, 1980.

Elliott Moore, Paul Spielberg, Deputies Associate Gen. Counsel, Lawrence E. Blatnik, N. L. R. B., Washington, D. C., Bernard Levine, Director, Region 8, N. L. R. B., Cleveland, Ohio, for plaintiff-petitioner.

Stanley B. Wiener, Cleveland, Ohio, for defendant-respondent.

### Ann M. McKENZIE, Plaintiff-Appellant,

v.

### Howard H. CALLOWAY, Robert E. Hampton, Jayne B. Spain, and L. J. Andolsek, in their official capacities, Defendants-Appellees.

No. 78–1493.

United States Court of Appeals, Sixth Circuit.

Aug. 13, 1980.

Clyde W. McKenzie, Birmingham, Mich., Fred W. Gerow, Plunkett, Cooney, Rutt, Watters, Stanczyk & Pedersen, Southfield, Mich., for plaintiff-appellant.